IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALBERT LEE McCADNEY, JR.                                PLAINTIFF

v.                      No. 3:19-cv-313-DPM

OLLIE COLLANS, Chief, Osceola
Police Department, and RONNIE
WILLIAMS, Detective, Osceola
Police Department                                       DEFENDANTS

## ORDER

1. Motion to proceed *in forma pauperis*, Doc. 11, granted; McCadney can't afford to pay the filing fee.

2. The Court must continue screening McCadney's complaint. *Doc. 2 & 3*; 28 U.S.C. § 1915A. McCadney claims he wasn't told why he was arrested and that he wasn't read his *Miranda* rights. "While it is assuredly good police practice to inform a person of the reason for his arrest at the time he is taken into custody, [the Supreme Court has] never held that to be constitutionally required." *Devenpeck v. Alford*, 543 U.S. 146, 155 (2004). Instead, a judicial officer must explain the charge, and decide probable cause, promptly after arrest. And McCadney can't bring a § 1983 claim based on a *Miranda* violation. *Hannon v. Sanner*, 441 F.3d 635, 636–37 (8th Cir. 2006). Finally,

McCadney hasn't alleged that his warrant-based arrest was otherwise unlawful. His federal claims therefore fail.

**3.** The Court declines to exercise jurisdiction over McCadney's defamation claim under Arkansas law, which he mentions in passing. 28 U.S.C. § 1367(c)(3).

**4.** McCadney's claims are dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2020