# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ALBERT LEE McCADNEY, JR.                                              PLAINTIFF

v.                      No. 3:19-cv-313-DPM

OLLIE COLLANS, Chief, Osceola
Police Department, and RONNIE
WILLIAMS, Detective, Osceola
Police Department                                                    DEFENDANTS

## JUDGMENT

McCadney's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2020