# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ALBERT LEE McCADNEY, JR.                                PLAINTIFF

v.                        No. 3:19-cv-313-DPM

OLLIE COLLANS, Chief, Osceola
Police Department, and RONNIE
WILLIAMS, Detective, Osceola
Police Department                                         DEFENDANTS

## ORDER

Motion for leave to proceed *in forma pauperis* on appeal and motion to appoint counsel, *Doc. 16 & Doc. 18*, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. *Doc. 12*; 28 U.S.C. § 1915(a)(3). If the United States Court of Appeals for the Eighth Circuit grants McCadney leave to proceed *in forma pauperis* on appeal, then he may file a motion to appoint counsel with that Court.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2020